UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEWODROS TATO,<br><br>                         Plaintiff,<br><br>    v.<br><br>NORTH SEATTLE<br>COMMUNITY COLLEGE,<br><br>                         Defendants. | Case No. C10-1529-JCC-BAT<br><br>**REPORT AND RECOMMENDATION** |

    Tewodros Tato, proceeding pro se and in forma pauperis, filed an employment discrimination complaint under Title VII of the Civil Rights Act (42 U.S.C. § 2000e et seq.). Dkt. 4. The complaint was referred to United States Magistrate Judge Brian Tsuchida for screening under 28 U.S.C. § 1915(e)(2)(B). Dkt. 2.

    On September 30, 2010, the Court declined service of the complaint and granted plaintiff leave to correct certain deficiencies therein. Dkt. 5. The Order informed plaintiff he had until October 29, 2010 to file an amended complaint curing the deficiencies noted by the Court, and that if no amended complaint was timely filed, the Court would recommend that this matter be dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted and failure to prosecute. As of this date, plaintiff has failed to file an amended complaint.

REPORT AND RECOMMENDATION- 1

1  For the foregoing reasons, and for the reasons outlined in the Court's previous order, the
2  Court recommends the matter be **DISMISSED** with prejudice.  A proposed Order accompanies
3  this Report and Recommendation.  The Clerk is directed to send a copy of this Report and
4  Recommendation to plaintiff.
5  DATED this 1st day of November, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2